2887. CLARKE *v.* ANDERSON, FELDER, ROUNTREE & WILSON.

RUSSELL, J. The court did not err in directing a verdict for the defendant. *Judgment affirmed.*

DECIDED SEPTEMBER 11, 1911.

Appeal; from Fulton superior court—Judge Ellis. June 17, 1910.

*R. O. Lovell,* for plaintiff. *Malvern Hill,* for defendant.